**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-20980**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**PAUL ARTHUR BEDFORD,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(H-96-CR-85-1)**
_____

June 10, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Court appointed counsel for Paul Arthur Bedford, has moved to withdraw and has filed an accompanying brief as required by ***Anders v. California***, 386 U.S. 738 (1967). Bedford did not respond to this motion. Our independent review discloses no nonfrivolous issue for appeal. Accordingly, counsel is excused from further responsibilities herein, and Bedford's appeal is dismissed. ***See*** 5th Cir. R. 42.2.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

DISMISSED